FILED
2022 May-25  AM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **RONALD WAYNE LYNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 6:21-cv-00884-ACA-NAD |
| ) | |
| **CHARLOTTE EDGIL** ) | |
| **SMOTHERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

Plaintiff Ronald Wayne Lynn filed this *pro se* complaint on June 29, 2021 alleging violations of his civil rights. (Doc. 1). On January 13, 2022, the magistrate judge ordered Mr. Lynn to file an amended complaint within 30 days. (Doc. 10). When Mr. Lynn failed to comply with or otherwise respond to that order, the magistrate judge located Mr. Lynn at a new address, resent him the January 13, 2022 order to amend, and allowed him an additional 30 days to file an amended complaint. (Doc. 11). Mr. Lynn again failed to comply with instructions in the order to amend.

On April 21, 2022, the magistrate judge entered a report recommending that the court dismiss this action without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 12). Although the report and recommendation advised Mr. Lynn of his right to file specific written objections within 14 days, the court has not received objections or any other response from

Mr. Lynn.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this May 25, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE